Date: 07/20/10  #150668  Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-20589 - FAVINO, DANNY D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Drs Hill & Thomas Co<br>P.O. Box 643026<br>Cincinnati, OH 45264 | 000006  #108 | 16.06 | 0.77 |
| ---------- Remittance Total --------------- | | 16.06 | 0.77 |

*[signature]*
LAUREN A. HELBLING, Trustee

*[Filed stamp: 2010 JUL 27 PM 12:53, U.S. Bankruptcy Court, Northern District of Ohio, Cleveland]*